UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

---

USA

      - against -

DANIEL MONAHAN,

                    Defendant.

---

20 Cr. 197-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 30, 2021, is approved and accepted.

SO ORDERED.

_____
Hon. Nelson S. Román,
United States District Judge

Dated: White Plains, NY
       January 20, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022