**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 23, 2022

**BY ECF and EMAIL**

The Honorable Nelson Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Deft's request to adjourn the in-person Sentencing from Nov. 3, 2022 until Nov. 30, 2022 at 12 noon is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at 53.
Dated: White Plains, NY
        Sept. 23, 2022**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Daniel Monahan*, 20-cr-197 (NSR)

Dear Judge Roman:

    I write to request an adjournment of Mr. Monahan's sentencing currently scheduled for November 3, 2022, to on or after November 17, 2022.

    As currently scheduled, the Final Pre-Sentence Report will not be disclosed until October 20, 2022. Defense counsel's sentencing letter would be due to the Court the same day. This requested adjournment will give defense counsel and Mr. Monahan time to review the final Report and respond to the Report's sentencing recommendation.

    Mr. Monahan is currently on home confinement and compliant with his pretrial conditions, including mental health treatment. I discussed this request for a continuance with Mr. Monahan and he has no objection to it. I have also discussed this request with Assistant United States Attorney Marcia Cohen, who has no objection.

    Therefore, Mr. Monahan respectfully requests his sentencing be adjourned to anytime on or after November 17, 2022.

Sincerely,

*[signature]*

Rachel S. Martin
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **9/23/2022**

cc: Daniel Monahan
      Marcia Cohen, AUSA