UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                  20-CR-197 (NSR)

     -   against -

                                                  ORDER

DANIEL MONAHAN

        Defendant

-----------------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by KB Forensics Assessment and Treatment Services in the amount of $2,500.00, for professional services rendered in connection with the above captioned case.

Dated: White Plains, New York

      November  18, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/18/2022__

**KB Forensics**
**Assessment and Treatment Services**
80 Washington St., Suite 305
Poughkeepsie, NY 12601
Tel: (845) 867-4926
Fax: (845) 905-2434
**Sex Offender Treatment and Evaluation Services**

**INVOICE**

**Date:** June 17, 2022

**Treatment Provider**: KB Forensics

**Reference:** PACT ID (if applicable) unknown

| Name | Dates of In-Person Contact | Services Rendered | Fee for Service |
|------|----------------------------|-------------------|-----------------|
| Daniel Monahan | 04/12/2022<br>04/21/2022<br>04/28/2022<br>05/05/2022 | Sex Offense Specific Evaluation and Report Project Code 5012 | $2,500 |

**Provider Name:** Kelly E. Bunt, LCSW

**Provider Signature:** _____     **Date:** 6/17/22

***Please make checks payable to Kelly E. Bunt, LCSW, PC

# DAILY TREATMENT LOG

Attachment J.6

**Client Name:** Daniel Monahan        **Month/Year** April 2022

| Date | Client's Signature | Time In | Purpose of Visit | Weekly Co-Pay | Time Out | Client's Initials | Vendor's Initials |
|------|--------------------|---------|-------------------|---------------|----------|-------------------|-------------------|
| 4/12 | Daniel Monahan | 9 am | Eval #1 | | 11 am | DM | JD |
| 4/21 | Daniel Monahan | 1:30 pm | Eval #2 | | 3:15 pm | DM | JD |
| 4/28 | Daniel Monahan | 12:35 | Abel/Eval #3 | | 4:05 pm | DM | JD |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Notes:

1

# DAILY TREATMENT LOG

Attachment J.6

Client Name: _Daniel Monahan_  Month/Year _May 2022_

| Date | Client's Signature | Time In | Purpose of Visit | Weekly Co-Pay | Time Out | Client's Initials | Vendor's Initials |
|------|--------------------|---------|------------------|---------------|----------|-------------------|-------------------|
| 5/5 | _Daniel Monahan_ | 10:30 am | Abell 2nd pmt | | 11:15 | DM | JD |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Notes:

1