

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/01/2024

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

March 8, 2024

VIA EMAIL AND ECF

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Daniel Monahan, Case No. 20-cr-197(NSR)

Dear Judge Román,

I respectfully submit this letter requesting that Mr. Monahan's supervised release condition of "home incarceration" be modified to "home detention." This requested modification will allow him to obtain work and run pre-approved errands.

I have discussed this requested modification with Probation Officer Pierre Reyes and with Assistant United States Attorney Marcia Cohen. Neither Officer Reyes nor AUSA Cohen objects to this modification.

Given that AUSA Cohen does not object, the Court can modify Mr. Monahan's supervised release without a hearing under Federal Rule of Criminal Procedure 32.1(c)(2)(C).

By way of background, on May 14, 2019, Mr. Monahan was arrested by federal agents on a felony complaint alleging receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(a)(5)(B). Mr. Monahan was detained from May 14, 2019 through April 3, 2020 (approximately 11 months), when he was released on a $75,000 personal recognizance bond and placed on strict pretrial supervision.

On November 30, 2021, Mr. Monahan pleaded guilty to a one-count superseding information alleging possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). Sentencing was initially scheduled for March 2, 2022, but was continued because of change in counsel.

On November 30, 2022, Mr. Monahan was sentenced. By that time, he had successfully complied with pretrial supervision for 2 years and 8 months. The Court sentenced him to time served, plus 10 years of supervised release, with a special condition of 24 months of home incarceration with location monitoring.

Since sentencing, Mr. Monahan has been fully compliant with his home incarceration, which includes sex offender treatment, location monitoring, and outpatient substance abuse treatment. Home detention will allow Mr. Monahan to obtain a job and run necessary errands, like food shopping. Mr. Monahan's return to work will help his family's tenuous financial situation.

As noted above, neither Officer Reyes nor AUSA Cohen has an objection to this requested modification.

Sincerely,

*Rachel Martin*

Rachel S. Martin

cc: Marcia Cohen

**Defense counsel's request that Defendant Monahan's supervised release condition of "home incarceration" be modified to "home detention" is GRANTED without objection by U.S. Probation Officer Pierre Reyes and the Government. Clerk of Court is requested to terminate the motion at ECF No. 65.**
**Dated: April 1, 2024**
       **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE